IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

AGRICULTURAL SERVICES AND
INVESTMENTS, INC., f/k/a F&W
AGRISERVICES, INC.,

    Plaintiff/Counter-Defendant,

vs.   5:02-CV-080-SPM

BAGGETT BROTHERS FARM, INC.,
*et al.*,

    Defendants/Counter-Claimaints.
_____/

ORDER AWARDING ATTORNEY FEES AND COSTS

**THIS CAUSE** comes before the Court upon the "Plaintiff's Motion for the Award of Attorneys' Fees and Expenses and Certificate of Conference With Counsel" (doc. 139) filed July 5, 2005.  In the motion, Plaintiff states that defense counsel "did not have a problem" with the time or amount requested in the affidavit (doc. 139-2).  Plaintiff requests the $100.535.75 included in the affidavit as well as $6,378.72 set forth in the bill of costs filed April 27, 2004 (doc. 117), for a total of $106,914.47.

Having undertaken a cursory review of the rates charged and number of hours expended, the Court finds the total to be reasonable.  Defendants

previously filed an "Objection to Taking Deposition in Aid of Execution and in the Alternative Defendants' Motion for Stay of Execution" (doc. 142), which was denied by this Court on September 1, 2005 (doc. 144).  The Court ruled that if they wished to stay the case pending appeal, Defendants were free to submit an application to post bond in the amount of **$492,842.44**, which represents 110% of the judgment amount of $448,038.58.  To date no such application has been filed.  Currently, there are no disputed issues which would preclude entry of judgment in this amount.  Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. Plaintiff's motion for attorney fees (doc. 139) is hereby *granted*.

2. The clerk shall enter judgment in favor of Plaintiff against all defendants, jointly and severally, in the total amount of **$106,914.47**, which represents $100,535.75 for attorney fees from September 1, 2001 through July 5, 2005, as shown in document 139-2, and $6,378.72 for the bill of costs (doc. 117).

**DONE AND ORDERED** this eighteenth day of January, 2006.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge

/pao