UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

AGRICULTURAL SERVICES AND
INVESTMENTS INC

    VS                                                CASE NO.  5:02-cv-00080-SPM

BAGGETT BROTHERS FARM INC,
LAZORTH BAGGETT, EVELYN
BAGGETT, BILLY BAGGETT, ADA
MAE BAGGETT, BOBBY GEORGE
BAGGETT

## JUDGMENT

This action came before the Court with the Honorable Stephan P. Mickle presiding.  The issues have been heard and a decision has been rendered. Judgment is entered in favor of Plaintiff AGRICULTURAL SERVICES AND INVESTMENTS INC  against all defendants, BAGGETT BROTHERS FARM INC, LAZORTH BAGGETT, EVELYN BAGGETT, BILLY BAGGETT, ADA MAE BAGGETT, BOBBY GEORGE BAGGETT,  jointly and severally, in the total amount of $106,914.47, which represents $100,535.75 for attorney fees from September 1, 2001 through July 5, 2005, as shown in document 139-2, and $6,378.72 for the bill of costs doc. 117

                                                     WILLIAM M. McCOOL, CLERK OF COURT

                                                     s/ Debi Boone

 January 18, 2006
DATE                                       Deputy Clerk: Debi Boone