5-02-cv-80

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

---

No. 05-13372 -BB

---

U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

JAN 1 8 2008

THE COUGAR AGRICULTURAL SERVICES COMPANY, INC.,
a Georgia Corporation,
f.k.a AGRICULTURAL SERVICES AND INVESTMENTS, INC.,
f.k.a. F&W Agriservices, Inc.,

                                      Plaintiff-
                                 Counter-Defendant-
                                    Appellee,

versus

BAGGETT BROTHERS FARM, INC.,
LAZORTH BAGGETT,
a.k.a. L. N. Baggett,
EVELYN BAGGETT,
BILLY BAGGETT,
a.k.a. Billy B. Baggett,
ADA MAE BAGGETT,
BOBBY GEORGE BAGGETT,
a.k.a. Bobby G. Baggett,

                           Defendants- Counter-Claimants-
                                  Appellants,

LINDA BAGGETT,

                                    Defendant-Appellant.

---

Appeal from the United States District Court for the
Northern District of Florida

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA
GAINESVILLE, FLA.

---

Before : CARNES, WILSON, and HILL, Circuit Judges.

2008 JAN 22 PM 12: 20

FILED

BY THE COURT:

Appellee's "Motion for Extension of Time" construed as a motion to file its response out-of-time to appellants' motion for attorneys' fees is GRANTED.

Appellants' motion for appellate attorneys' fees is GRANTED AS TO ENTITLEMENT and is REMANDED to the District Court to determine the amount of reasonable appellate attorney's fees to be awarded. *See Coastal Fuels Marketing, Inc. v. Florida Exp. Shipping Co., Inc.*, 207 F.3d 1247, 1251 (11th Cir. 2000).

