IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

AGRICULTURAL SERVICES AND
INVESTMENTS, INC., f/k/a F&W
AGRISERVICES, INC.,

    Plaintiff/Counter-Defendant,

vs.                                     Case No. 5:02-CV-080-SPM

BAGGETT BROTHERS FARM, INC.,
*et al.*,

    Defendants/Counter-Claimaints.
_____/

## ORDER AWARDING LEASE PAYMENTS TO DEFENDANTS

**THIS CAUSE** comes before the Court upon the mandate issued by the Eleventh Circuit (doc. 192). With respect to the issue of whether Plaintiff, Agricultural Services and Investments, Inc., ("ASI"), also known as The Cougar Agricultural Services Company ("CASC") breached the three-year land lease agreement with Defendants, the Baggett Brothers, the mandate declares the existence of an unambiguous, legally binding contract and instructs this Court to find in favor of Defendants.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1.     The three-year Lease Agreement executed by the parties is a valid and enforceable contract.

1

2. The failure of Plaintiffs to comply with the terms of the Lease Agreement constitutes a breach.

3. Plaintiffs shall pay Defendants $2,038,752.40, for which let execution issue.

**DONE AND ORDERED** this <u>seventh</u> day of February, 2008.

    *s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge