**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

**AGRICULTURAL SERVICES AND**
**INVESTMENTS INC.,**

      **Plaintiff,**

**vs.**                                                   **5:02-CV-80-SPM/AK**

**BAGGETT BROTHERS FARM INC, et al.,**

      **Defendants,**
_____/

## ORDER

    **THIS CAUSE** comes before the Court on the Plaintiff's Motion to Unseal

Orders (doc. 264). As the relevant Orders are have been unsealed (docs. 277,

278), it is hereby **ORDERED AND ADJUDGED** as follows:

    1.    The motion (doc. 264) is denied as moot.

    **DONE AND ORDERED** this <u>seventeenth</u> day of September, 2009.

_s/ Stephan P. Mickle_____
Stephan P. Mickle
Chief United States District Judge