**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

**AGRICULTURAL SERVICES AND**
**INVESTMENTS INC.,**

      **Plaintiff,**

**vs.**                              **5:02-CV-80-SPM/AK**

**BAGGETT BROTHERS FARM INC, et al.,**

      **Defendants,**

_____/

## <u>ORDER</u>

      **THIS CAUSE** comes before the Court on Defendant's Motion for an Order finding Stuart Robinson in Contempt of Court (doc. 230), Stuart Robinson's Motion for Enlargement of Time to Respond to Defendant's Motion (doc. 234), the Defendant's Motion for Contempt of Court against Stuart Robinson's Attorneys (doc. 248), Stuart Robinson's Counsel's Motion to Stay (doc. 249), and Stuart Robinson's Counsel's Motion for an Order to Show Cause (doc. 250). Upon consideration, it is hereby **ORDERED AND ADJUDGED** as follows:

      1.    The Defendant's Motions (docs. 230, 248) are denied.

      2.    The remaining Motions (docs. 234, 249, 250) are denied as moot.

      **DONE AND ORDERED** this <u>twenty-third</u> day of September, 2009.

_s/ Stephan P. Mickle_

Stephan P. Mickle
Chief United States District Judge